IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAUL GARCIA,  No. 3:16-cv-00390-SB

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,  ORDER
a Delaware Corporation,

        Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation (#47) on July 27, 2017, in which she recommends that this Court grant Defendant Union Pacific Railroad Company's motion for summary judgment. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's

report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [47]. Accordingly, Defendant's motion for summary judgment [33] is granted.

IT IS SO ORDERED.

DATED this 13 day of September, 2017.

_____
MARCO A. HERNANDEZ
United States District Judge